Knickerbocker Trust Company, as Trustee, v. Oneonta, Cooperstown and Richfield Springs Railway Company and Others, Impleaded with Daniel M. Lounsbury and Others, as Executors, etc., and Henry W. Dean and Others, as Reorganization Committee, etc.— Order of reversal settled as proposed by the defendants Lounsbury. Motion to certify additional question to the Court of Appeals denied.

Lena H. Reiche, Administratrix, etc., of Alfred F. Reiche, Deceased, v. New York Central and Hudson River Railroad Company.— Motion denied.

Sarah Taylor Stanley v. James William Stanley.— Motion denied.

Mary Wallace, Appellant, v. Patrick H. Wallace, Respondent.— Order affirmed, without costs. No opinion. All concurred.

Westinghouse, Church, Kerr & Company v. Remington Salt Company.— Motion for leave to go to Court of Appeals granted, and question certified as follows : Did the trial court err in holding as a matter of law that defendant failed to prove facts sufficient to entitle it to the reformation of the contract under the evidence presented to the court and contained in the appeal book herein?

---

## FOURTH DEPARTMENT, JANUARY, 1907.

John L. Alnutt, Respondent, v. Alfred Smith, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Election of Directors for the Niagara Sanitarium Company. Frank J. Carr and Others, Petitioners, Appellants; David A. Morrison and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William V. McCormack, Appellant, v. Robert F. Leffin, Respondent, Impleaded with George Ullman.— Orders affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented on the ground that there was no evidence of any such default as provided for by the statute;* that there was no evidence that the default was satisfactorily excused and no evidence that manifest injustice had been done.

Harry G. Soper v. Associated Press.— Motion for leave to appeal to the Court of Appeals granted, and question for review certified.

Buffalo, Lockport and Rochester Railway Company, Appellant, v. Mary E. Ernest and Another, etc., Respondents.—Decision of motion to dismiss appeal reserved until hearing of appeal from the order of confirmation.

Cora E. Grimes, Respondent, v. Abraham Cuatt, Appellant.—Motion to dismiss appeal granted, with ten dollars costs.

George W. Schneider, Respondent, v. Mary Heilbron and Others, Appellants.— Motion to modify decision and judgment granted.

In the Matter of the Application, etc., of the Rochester, Corning, Elmira Traction Company, for an Order Directing the Board of Railroad Commissioners

---

* See Laws of 1891, chap. 105, § 470, as amd. by Laws of 1904, chap. 576. —[REP.